```
UNITED STATES DISTRICT COURT                    (al 1316)
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
                                              Civil Action No.:
DAMIAN DIMARCO, by his mother and             14 Civ.
Natural guardian, LORI DIMARCO,
and LORI DIMARCO, Individually,
                                              NOTICE OF REMOVAL
                    Plaintiffs,
                                              Supreme, Suffolk
        -against-                             Index No.: 060351/2014

WAL-MART STORES INC.,                                , J.
                                                     , M.J.
                    Defendant.

----------------------------------------X
```

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

Defendant-Petitioner, WAL-MART STORES, INC. ("WAL-MART") ("Petitioner"), by its attorneys, SIMMONS JANNACE, LLP, ALLISON C. LEIBOWITZ, ESQ., of counsel, upon information and belief, respectfully petitions the Court, pursuant to 28 U.S.C. §1441, as follows:

1. On January 21, 2014, the above-captioned civil action was commenced and is now pending in the Supreme Court of the State of New York, County of Suffolk. A trial has not yet been had therein. A copy of the Summons and Complaint is annexed as **Exhibit "A"**. Petitioner has not yet served an answer to Plaintiffs' Complaint.

2. The action seeks monetary damages for injuries allegedly suffered by infant-plaintiff, DAMIAN DIMARCO. The plaintiffs' Complaint sounds in negligence.

3. The action involves a controversy between citizens of different states, in that: (a) Plaintiffs are citizens of the State of New York; and (b) Petitioner is now, and was at the time the action was commenced, a corporation incorporated in the State of Delaware with its principal place of business in the State of Arkansas.

4. This action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332. There is complete diversity between Petitioner and Plaintiffs. In addition, the amount in controversy exceeds $75,000.

5. This Notice of Removal is being filed within thirty (30) days after receipt by Petitioner of Plaintiffs' Complaint and within thirty (30) days after confirmation that the amount in controversy exceeds $75,000.00.[1]

6. Written notice of the filing of this Notice of Removal will be given to plaintiffs promptly after the filing of this Notice.

7. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of the Supreme Court of the State of New York, County of Suffolk promptly after the filing of this Notice.

---

[1] On or about February 11, 2014, defendant served plaintiffs with a Stipulation to Cap Damages at $75,000. This Notice of Removal is being filed within thirty days of plaintiffs' refusal to execute the Stipulation.

8. Attached to this Notice, and by reference made a part hereof, are true and correct copies of all process and pleadings filed herein.

9. By filing this Notice of Removal, Petitioner does not waive any defense which may be available to it, specifically including, but not limited to, its right to contest *in personam* jurisdiction over Petitioner, improper service of process and the absence of venue in this Court or the Court from which this action has been removed.

**WHEREFORE**, Petitioner prays that the above-captioned action now pending in the Supreme Court in the State of New York, County of Suffolk, be removed therefrom to this Court.

Dated:   Syosset, New York
         February 14, 2014

>                             Yours, etc.,
>
>                             SIMMONS JANNACE, LLP
>
>                             By: _____
>                                 ALLISON C. LEIBOWITZ
>                             Attorneys for Defendant
>                             WAL-MART STORES, INC.
>                             **Office & P.O. Address:**
>                             115 Eileen Way, Suite 103
>                             Syosset, New York 11791-5314
>                             (516) 802-0630

TO:   **GRUENBERG KELLY DELLA, ESQS.**
      Attorneys for Plaintiffs
      LORI DIMARCO-Mother
      DAMIAN DIMARCO-Infant
      **Office & P.O. Address:**
      700 Koehler Avenue
      Ronkonkoma, New York 11779
      (631) 737-4110
      File No.: 13-0577

Notice of Removal

3